IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TISHA DENISE DICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-28-WKW |
| | ) | [WO] |
| UNITED STATES DEPARTMENT | ) | |
| OF AGRICULTURE RURAL | ) | |
| DEVELOPMENT; and FICTICIOUS | ) | |
| DEFENDANTS A, B, C, D, E, F, & | ) | |
| G, those entities, parties, individuals, | ) | |
| and assignees claiming an interest in | ) | |
| the property and who have or will | ) | |
| cause injury to the Petitioner, | ) | |
| | ) | |
| Defendants. | ) | |

## TEMPORARY RESTRAINING ORDER

On motion of Plaintiff complying with Rule 65 of the Federal Rules of Civil Procedure, and the court being advised of the emergency nature of the relief requested and the likely irreparable harm to be suffered by Plaintiff in the absence of immediate relief, and it appearing that Defendant is "shut down" because of the present partial shutdown of the United States Government and is unavailable to Plaintiff and to its (Defendant's) own counsel, the Defendant, its agents, servants, attorneys, agents, and employees, whether properly named herein or not, are hereby RESTRAINED AND ENJOINED from conducting a foreclosure sale on the real

property described on Exhibit "A" attached hereto, said property located in Montgomery County, Alabama, until further order of the court.

Entered this 9th day of January, 2019, at 10:45 a.m.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

Lot 24, according to the map of Eastwood Villa Plat No. 5, as said map appears of record in the office of the Judge of Probate of Montgomery County, Alabama In Plat Book 23, at Page 121. This conveyance and the covenants of title herein are made subject to any and all restrictions, reservations, easements, rights of way and covenants of record in said county affecting said property.

Property Street Address: 322 Sandusky Road, Montgomery, AL 36117 (provided for informational purposes only)

Exhibit A